IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                      CRIMINAL 99-0265CCC

MIGUEL A. VEGA-MORALES
ANGEL LUIS MARTINEZ-VAZQUEZ
LUZ M. PACHECO-RIVERA
MIGUEL A. MORALES-PEREZ
JORGE FEBRES-OSORIO
NANCY LANZA-MORALES
JAHAIDA SANTIAGO-LANZA

Defendants

# O R D E R

The United States of America's Motion to Withdraw as the Assistant United States Attorney Assigned to the Case filed on February 2, 2005 (**docket entry 333**) is GRANTED. The Clerk of Court and the parties shall take notice that Assistant U. S. Attorney David Rivera is no longer responsible for the prosecution in this case.

SO ORDERED.

At San Juan, Puerto Rico, on February 25, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge