AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 99-265(CCC) |
| MIGUEL A. VEGA-MORALES, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 28th day of February, 2005.

                                              H. S. GARCIA
                                              United States Attorney

                                              /S/ *Rose M. Vega*
                                              Rose M. Vega - USDC No. 214713
                                              Attorney for Plaintiff
                                              United States Attorney's Office
                                              Torre Chardón, Suite 1201
                                              350 Carlos Chardón Street
                                              San Juan, Puerto Rico 00918
                                              Tel: (787) 766-5656
                                              Fax: (787) 766-5398
                                              Email: rose.vega@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

      At San Juan, Puerto Rico this 28th day of February, 2005.

      /S/ *Rose M. Vega*
      Attorney for Plaintiff